7021 2720 0001 3619 1927



**CERTIFIED MAIL®**

7021 2720 0001 3619 1927
7021 2720 0001 3619 1927




Steven Robert Brown
211 Grant Avenue, Room 203-A
Morgantown, WV 26505

Postmark
Here