IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**STEVEN ROBERT BROWN,**

    **Plaintiff,**

    v.                                **CIVIL ACTION NO. 1:22-CV-80**
                                                        **(KLEEH)**

**BUREAU OF ALCOHOL, TOBACCO,**
**FIREARMS AND EXPLOSIVES,**
**PATRICK MORRISEY, West Virginia**
**Attorney General, in his official capacity,**
**MERRICK BRIAN GARLAND, U.S. Attorney General,**
**in his official capacity, and**
**STEVEN MICHAEL DETTELBACH, Director**
**of the ATF, in his official capacity,**

    **Defendants.**

## ORDER OF REFERRAL

    Pursuant to 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B), and L.R. Civ. P. 7.02(c) and 72.01, the Court **REFERS** this matter to the Honorable Michael J. Aloi, United States Magistrate Judge, to conduct a scheduling conference and issue a scheduling order, for written orders or reports and recommendations, as the case may be, regarding any motions filed, and to dispose of any other matters that may arise.

    It is so **ORDERED**.

    The Court **DIRECTS** the Clerk to transmit copies of this Order of Referral to counsel of record; to the pro se Plaintiff via certified mail, return receipt requested; and to the Honorable Michael J. Aloi, United States Magistrate Judge.

    **DATED:** August 31, 2022

                                                         */s/ Thomas S. Kleeh*
                                        THOMAS S. KLEEH, CHIEF JUDGE
                                        NORTHERN DISTRICT OF WEST VIRGINIA