**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Steven Robert Brown
211 Grant Avenue, Room 203-A
Morgantown, WV 26505
1:22cv80 DE 5

9590 9402 7205 1284 8687 06

2. Article Number (Transfer from service label)

7021 2720 0001 3619 1934

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Skylor Jenkins

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

FILED
SEP 08 2022
U.S. DISTRICT
ELKINS, WV 26241

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

☐ Certified Mail®
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery

Domestic Return Receipt