WVND (January 2014)
Notice of Attorney Appearance and Counsel Contact Form

# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

Steven Robert Brown
_____
*Plaintiff*

V.

Bureau of Alcohol, Tobacco, Firearms and Explosives, et al.
_____
*Defendant*

Case No. 1:22-cv-00080

## NOTICE OF ATTORNEY APPEARANCE AND COUNSEL CONTACT FORM

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Steven Robert Brown

Date: 9/23/2022

*Attorney's signature*

John H. Bryan, Attorney At Law 10259
*Printed name and bar number*

PO Box 366
Union, WV 24983
*Address*

jhb@johnbryanlaw.com
*E-mail address*

304-772-4999
*Telephone number*

304-772-4998
*FAX number*