# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Steven Robert Brown

**Plaintiff(s),**

v.

Bureau of Alcohol, Tobacco, Firearms and Explosives, et. al.

Select Civ or Crim: Civil

NO: 1:22-cv-00080

**Defendant(s).**

# ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Adam Kraut, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: September 28, 2022

_____
United States District Judge