```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**STEVEN ROBERT BROWN,**

    **Plaintiff,**

    **v.**                                 **CIVIL ACTION NO. 1:22-CV-80**
                                                     **(KLEEH)**

**BUREAU OF ALCOHOL, TOBACCO,**
**FIREARMS AND EXPLOSIVES,**
**PATRICK MORRISEY,** West Virginia
Attorney General, in his official capacity,
**MERRICK BRIAN GARLAND,** U.S. Attorney General,
in his official capacity, and
**STEVEN MICHAEL DETTELBACH,** Director
of the ATF, in his official capacity,

    **Defendants.**

## ORDER VACATING REFERRAL ORDER

    Pursuant to 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B), and L.R. Civ. P. 7.02(c) and 72.01, the Court referred this matter to the Honorable Michael J. Aloi, United States Magistrate Judge, by prior order dated August 31, 2022. ECF No. 5. Plaintiff retained counsel [ECF Nos. 8, 13]. Therefore, the Court **VACATES** its prior order of referral, and **DIRECTS** the Clerk to terminate the Honorable Michael J. Aloi, United States Magistrate Judge, from referred status.

    It is so **ORDERED**.

    The Court **DIRECTS** the Clerk to transmit copies of this Order of Referral to counsel of record.

    **DATED:** October 17, 2022

                                                     */s/ Thomas S. Kleeh*
                                      THOMAS S. KLEEH, CHIEF JUDGE
                                      NORTHERN DISTRICT OF WEST VIRGINIA