IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG

STEVEN BROWN,
BENJAMIN WEEKLEY,
SECOND AMENDMENT FOUNDATION,
WEST VIRGINIA CITIZENS DEFENSE
LEAGUE

        **Plaintiff,**

vs.                                    Civil Action No. : 1:22-CV-00080

THE BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES,
STEVEN DETTELBACH, in his official capacity
as Director of the Bureau of Alcohol, Tobacco,
Firearms and Explosives; and
MERRICK GARLAND, in his official capacity as
Attorney General of the United States,

        **Defendants.**

.

## F.R.CIV.P.7.1 CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF WEST VIRGINIA CITIZENS DEFENSE LEAGUE

Plaintiff WEST VIRGINIA CITIZENS DEFENSE LEAGUE, by and through its undersigned counsel, discloses pursuant to Rule 7.1 of the Federal Rules of Civil Procedure that it has no parent company and that no publicly traded company owns 10 % or more of its shares.

Dated: October 24, 2022                              Respectfully submitted,
                                                              By: /s/ John H. Bryan
                                                              One of the Attorneys for Plaintiffs

/s/ John H. Bryan
John H. Bryan, State Bar ID # 10259
411 Main Street
P.O. Box 366
Union, WV 24983
jhb@johnbryanlaw.com
(304) 772-4999
Fax: (304) 772-4998


/s/ Adam Kraut
Adam Kraut
Kraut and Kraut
P.O. Box 101
Westtown, PA 19395
Phone: (610) 696-8200
Email: adam@krautlaw.com

*Attorneys for Plaintiffs*