IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**STEVEN ROBERT BROWN, BENJAMIN WEEKLEY,**
**SECOND AMENDMENT FOUNDATION, and**
**WEST VIRGINIA CITIZENS DEFENSE LEAGUE, INC.,**

      **Plaintiffs,**

v.                                                           Civil Action No: 1:22-CV-80
                                                                     (KLEEH)

**BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND**
**EXPLOSIVES, MERRICK BRIAN GARLAND,**
U.S. Attorney General, in official capacity, and
**STEVEN MICHAEL DETTELBACH,**
Director of the ATF, in official capacity,

      **Defendants.**

## JOINT STIPULATION

Come now the Plaintiffs, by and through counsel, and the Defendants, by special appearance for the limited purpose of filing this pleading, and stipulate that the deadlines set forth in the First Order and Notice Regarding Discovery and Scheduling Conference [Doc. 15] shall be extended as follows:

    1.    Initial Planning Meeting on or before January 9, 2023;

    2.    Meeting Report on or before January 23, 2023;

    3.    Initial Disclosures on or before February 13, 2023; and

    4.    Scheduling Conference: if necessary.

AGREED AND STIPULATED BY:

WILLIAM IHLENFELD
UNITED STATES ATTORNEY

*/s/ Maximillian F. Nogay*
Assistant United States Attorney
W. Va. Bar # 13445

United States Attorney's Office
P.O. Box 591
1125 Chapline Street, Suite 3000
Wheeling, WV 26003
(304) 234-0100 office
(304) 234-0110 facsimile
Max.Nogay@usdoj.gov
*Counsel for Defendants*

*/s/ John H. Bryan* (MFN w/ permission)
*/s/ Adam Kraut* (MFN w/ permission)
*Counsel for Plaintiffs*