**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

STEVEN ROBERT BROWN,

      Plaintiff,

   v.                         CIVIL ACTION NO. 1:22-CV-80
                                      (KLEEH)

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES,
PATRICK MORRISEY, West Virginia
Attorney General, in his official capacity,
MERRICK BRIAN GARLAND, U.S. Attorney General,
in his official capacity, and
STEVEN MICHAEL DETTELBACH, Director
of the ATF, in his official capacity,

      Defendants.

---

### ORDER ADOPTING STIPULATION

Pursuant to Rule 7.01 of the Local Rules of Civil Procedure for the Northern District of West Virginia, the parties jointly filed a stipulation extending certain deadlines. [ECF No. 19]. The Court **ADOPTS** the joint stipulation and **ORDERS** that the parties are governed by the following agreed-upon deadlines:

1. Initial Planning Meeting on or before January 9, 2023;

2. Meeting Report on or before January 23, 2023;

3. Initial Disclosures on or before February 13, 2023; and

4. Scheduling Conference if necessary.

It is so **ORDERED.**

The Clerk is directed to transmit copies of this Order to counsel of record and all unrepresented parties.

**DATED:** November 23, 2022

THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA