# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

STEVEN BROWN; BENJAMIN WEEKLEY;
SECOND AMENDMENT FOUNDATION; and
WEST VIRGINIA CITIZENS DEFENSE LEAGUE

**Plaintiff(s),**

v.   Civil   NO: 1:22-cv-00080

THE BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES;
STEVEN DETTELBACH, in his official capacity; and
MERRICK GARLAND, in his official capacity

**Defendant(s).**

## APPLICATION FOR ADMISSION *PRO HAC VICE*

I verify that I have fully complied with Local Rule of General Practice and Procedure 83.02 as it relates to admission to practice *pro hac vice*.

| | |
|---|---|
| Michael Patrick Clendenen | Bureau of Alcohol, Tobacco, Firearms and Explosives; Steven Dettelbach; Merrick Garland |
| Applicant's Name | Representing (Party Name) |
| United States Department of Justice | 1100 L Street NW, Room 12028, Washington, DC 20005 |
| Name of Firm | Office Address |
| (202) 305-0693 | (202) 616-8460 |
| Office Telephone Number | Office Fax Number |
| michael.p.clendenen@usdoj.gov | |
| E-mail Address | |

Name, Address, and Telephone Numbers of State Bars in which admitted:

District of Columbia Bar (Bar Number 1032962)
901 4th Street, NW, Washington, DC 20001
(202) 737-4700

List all matters before West Virginia tribunals or judicial bodies in which <u>the applicant</u> is or has been involved in the preceding twenty-four (24) months:

PROVIDE ATTACHMENT WITH ADDITIONAL INFORMATION IF NECESSARY

All matters before West Virginia tribunals or judicial bodies in which <u>any member of applicant's firm, partnership or corporation</u> is or has been involved in the preceding twenty-four (24) months:

_____
_____
_____

PROVIDE ATTACHMENT WITH ADDITIONAL INFORMATION IF NECESSARY

    I understand that admission to practice *pro hac vice* will result in my registration in the Case Management/Electronic Case Filing system. By this registration, I agree to abide by the requirements set forth in the Federal Rules, Federal Statutes and the Local Rules, Administrative Orders, procedures and policies of the United States District Court for the Northern District of West Virginia. (See https://racerweb.wvnd.uscourt.gov for further information).

    I understand that attorneys admitted *pro hac vice* will have privileges to view official docket sheets and documents associated with cases and query case reports for cases on the CM/ECF system using the Court-assigned *read only* login and password, and that I must submit all filings electronically through local counsel. Registration constitutes my consent to service by electronic means pursuant to the Federal Rules.

    I understand that as a lawyer employed by the Department of Justice, I am exempt from paying the fee payable to the Clerk of the Court of the United States District Court for the Northern District of West Virginia, that is normally required for *pro hac vice* applications.

    I certify that the foregoing application is true and correct. I hereby represent that I am a member in good standing with the bar of every jurisdiction in which I am admitted and my privileges to practice law and my membership in any bar association have never been amended, modified, suspended, revoked or otherwise limited in any way in any court, district, state, commonwealth or other jurisdiction. I also certify that I have never been convicted of a felony. I agree to comply with all laws, rules, and regulations of the United States Courts where applicable.

If unable to make the above representation, please attach an explanation.

_____
Signature of Applicant

**Maximillian F. Nogay**
_____
Name of Responsible Local Attorney

United States Department of Justice, United States Attorney's Office
_____
Name of Firm

**(304) 234-0100**
_____
Office Telephone Number

P.O. Box. 591, 1125 Chapline Street, Suite 3000, Wheeling, WV 26003
_____
Office Address

**(304) 234-0110**
_____
E-mail Address

    Pursuant to Local Rule of General Practice and Procedure 83.02, I have read the foregoing application and, by my endorsement hereon, agree to be a responsible local attorney in the above-styled matter. I further certify that I am an active member in good standing of the West Virginia Bar and that I maintain an actual office in West Virginia from which I practice law on a daily basis.

_____
Signature of Responsible Local Attorney

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

STEVEN BROWN; BENJAMIN WEEKLEY;
SECOND AMENDMENT FOUNDATION; and
WEST VIRGINIA CITIZENS DEFENSE LEAGUE

**Plaintiff(s),**

v.

THE BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES;
STEVEN DETTELBACH, in his official capacity; and
MERRICK GARLAND, in his official capacity

**Defendant(s).**

Civil NO: 1:22-cv-00080

# O R D E R

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Michael Patrick Clendenen _____, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: _____

_____
United States District Judge