# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

STEVEN BROWN; BENJAMIN WEEKLEY;
SECOND AMENDMENT FOUNDATION; and
WEST VIRGINIA CITIZENS DEFENSE LEAGUE

**Plaintiff(s),**

v.      Civil      NO: 1:22-cv-00080

THE BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES;
STEVEN DETTELBACH, in his official capacity; and
MERRICK GARLAND, in his official capacity

**Defendant(s).**

# ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Michael Patrick Clendenen, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: December 12, 2022

*Tom S Kleeh*
United States District Judge