# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**STEVEN BROWN, *et al.*,**

Plaintiffs,

v.

**THE BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*,**

Defendants.

Case No.:
1:22-cv-00080-TSK

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS

Plaintiffs, by and through their counsel, move this Honorable Court for a one-week extension of time to file a response to Defendants' Motion to Dismiss (ECF Doc. 24) due to various deadlines Attorney Kraut has before him and the holiday weekend. Plaintiffs' response is currently due December 26, 2022. With an extension granted, Plaintiffs' response would be due January 3, 2023 (accounting for the federal courts' closure on January 2, 2023 for observance of New Year's Day).

Attorney Kraut inquired with Defendants as to whether they would oppose this motion and Defendants represented they would not.

Respectfully Submitted,

/s/ John H. Bryan

John H. Bryan
(WV Bar No. 10259)
JOHN H. BRYAN,
ATTORNEY AT LAW
411 Main Street P.O. Box 366
Union, WV 24983
(304) 772-4999
Fax: (304) 772-4998
jhb@johnbryanlaw.com

/s/ Adam Kraut
Adam Kraut
KRAUT AND KRAUT
P.O. Box 101
Westtown, PA 19395
Phone: (610) 696-8200
Email: adam@krautlaw.com
*Admitted Pro Hac Vice*


*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2022, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Northern District of West Virginia using the CM/ECF Electronic Filing system.

I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished to all participants by and through the CM/ECF system.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 19, 2022          /s/ John H. Bryan
                                  John H. Bryan