# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**STEVEN BROWN, *et al.*,**

    Plaintiffs,

v.

**THE BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*,**

    Defendants.

Case No.: 1:22-cv-00080-TSK

## ORDER

**AND NOW**, this _____ day of December, 2022, upon consideration of Plaintiffs' Motion for Extension of Time to File Response to Defendants' Motion to Dismiss, it is hereby **GRANTED**. Plaintiffs' response to Defendants' motion shall be filed on or before January 3, 2023.

BY THE COURT:

_____
Thomas S. Kleeh, U.S.D.J.