IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**STEVEN BROWN,** *et al.*,

    Plaintiffs,

v.

**THE BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,** *et al.*,

    Defendants.

Case No.: 1:22-cv-00080-TSK

## ORDER

**AND NOW**, this 20th day of December, 2022, upon consideration of Plaintiffs' Motion for Extension of Time to File Response to Defendants' Motion to Dismiss, it is hereby **GRANTED**. Plaintiffs' response to Defendants' motion shall be filed on or before January 3, 2023.

DATED: December 20, 2022

THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA