# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| **STEVEN BROWN,** *et al.*, | : |
| Plaintiffs, | : Case No.: |
| | : 1:22-cv-00080-TSK |
| v. | : |
| **THE BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,** *et al.*, | : |
| Defendants. | : |

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56 Plaintiffs respectfully move this Court to grant summary judgment in favor of Plaintiffs. In accordance with the Court's Local Rules, this motion is accompanied by a memorandum consisting of the concise statements of reasons in support of this motion and citations of the authorities on which Plaintiffs rely, and a statement of undisputed material facts.

Dated: January 3, 2023                              Respectfully submitted,

/s/ John H. Bryan                                   /s/ Adam Kraut

John H. Bryan                                       Adam Kraut
(WV Bar No. 10259)                                  KRAUT AND KRAUT
JOHN H. BRYAN,                                      P.O. Box 101
ATTORNEY AT LAW                                     Westtown, PA 19395
411 Main Street P.O. Box 366                        (610) 696-8200
Union, WV 24983                                     Adam@Krautlaw.com
(304) 772-4999                                      *Admitted Pro Hac Vice*

Fax: (304) 772-4998
jhb@johnbryanlaw.com