IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| **STEVEN BROWN**, *et al.*, | : |
| Plaintiffs, | : Case No.: |
| | : 1:22-cv-00080-TSK |
| v. | : |
| **THE BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES**, *et al.*, | : |
| Defendants. | : |

### DECLARATION OF BENJAMIN WEEKLEY

I, Benjamin Weekley, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following statements are true and correct to the best of my knowledge:

1. I am a citizen of Parkersburg, West Virginia and over 18 years of age, competent to testify, and have personal knowledge of the matters stated herein. I make this Declaration in support of plaintiff's motion for summary judgment.

2. I am a member of the Second Amendment Foundation and West Virginia Citizens Defense League.

3. I have never been charged with nor convicted of any misdemeanor or felony offense, and am otherwise eligible to purchase and possess firearms, including handguns, under all applicable laws.

1

4. Other than my age, I am otherwise eligible to purchase and receive a handgun and handgun ammunition from a federal firearms licensee ("FFL") and I would do so if an FFL would sell and transfer a handgun and handgun ammunition to me.

5. On or about June 12, 2022, I visited Rural King, an FFL in Parkersburg, West Virginia, where I sought to purchase a handgun.

6. After viewing the firearms I wished to purchase, the clerk asked if I was a West Virginia resident, to which I confirmed I was.

7. The clerk then inquired about my age.

8. Upon informing the clerk that I was under the age of twenty-one, the clerk told me that he was unable to sell me a handgun as doing so was prohibited by law.

9. The clerk did inform me that I was able to purchase a long gun.

10. I desire to purchase a handgun and handgun ammunition from an FFL so that I may purchase a new firearm, of my choosing, complete with a warranty and the accompanying ammunition for it.

DATED this 21st day of December, 2022.

_____
Benjamin Weekley