IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| **STEVEN BROWN,** *et al.*, | : |
| Plaintiffs, | : Case No.: <br> : 1:22-cv-00080-TSK |
| v. | : |
| **THE BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,** *et al.*, | : |
| Defendants. | : |

**DECLARATION OF STEVEN BROWN**

I, Steven Brown, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following statements are true and correct to the best of my knowledge:

1. I am a citizen of Morgantown, West Virginia and over 18 years of age, competent to testify, and have personal knowledge of the matters stated herein. I make this Declaration in support of plaintiff's motion for summary judgment.

2. I am a member of the Second Amendment Foundation and West Virginia Citizens Defense League.

3. I have never been charged with nor convicted of any misdemeanor or felony offense, and am otherwise eligible to purchase and possess firearms, including handguns, under all applicable laws.

1

4.      Other than my age, I am otherwise eligible to purchase and receive a handgun and handgun ammunition from a federal firearms licensee ("FFL") and I would do so if an FFL would sell and transfer a handgun and handgun ammunition to me.

5.      On or about June 16, 2022, I visited Rural King, an FFL in Parkersburg, West Virginia, where I sought to purchase a Bersa Thunder 380 and a shotgun.

6.      After viewing the firearms I wished to purchase, the clerk asked for my driver's license, which I provided.

7.      I was informed by the clerk that he was unable to sell me the Bersa Thunder 380 because I was under the age of twenty-one and that the law prohibited him from being able to complete the sale.

8.      However, I was told I could purchase the shotgun, for which I completed the ATF Firearms Transaction Record ("ATF Form 4473" or "4473") and the clerk conducted a background check, resulting in a proceed response, allowing me to purchase and receive the shotgun.

9.      On or about July 15, 2022, I sought to purchase 50 rounds of 9mm Luger ammunition from Burns Bait and Carryout, an FFL located in Elizabeth, West Virginia.

10.     I was again denied a purchase solely due to my age.

11.   I desire to purchase a handgun and handgun ammunition from an FFL so that I may purchase a new firearm, of my choosing, complete with a warranty and the accompanying ammunition for it.

DATED this 21st day of December, 2022.

*Steven Brown*
_____
Steven Brown