# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**STEVEN BROWN**, *et al.*,

    Plaintiffs,

v.

**THE BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES**, *et al.*,

    Defendants.

Case No.: 1:22-cv-00080-TSK

# ORDER

**AND NOW**, this _____ day of _____, 2023, upon consideration of Plaintiffs' Motion for Summary Judgment and supporting memorandum, Plaintiffs' motion is hereby **GRANTED**.

BY THE COURT:

_____
Thomas S. Kleeh, U.S.D.J.