IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG DIVISION

|  |  |  |
|---|---|---|
| STEVEN BROWN, et al., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:22-cv-00080 |
| | ) | |
| THE BUREAU OF ALCOHOL, TOBACCO, | ) | |
| FIREARMS, AND EXPLOSIVES, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## [PROPOSED] ORDER

**AND NOW**, this _____ day of January, 2023, upon consideration of Defendants' Motion for

Extension of Time to File Reply to Plaintiffs' Response to Defendants' Motion to Dismiss, it is hereby

**GRANTED**. Defendants' reply to Plaintiffs' Response to Defendants' Motion to Dismiss shall be filed

on or before January 24, 2023.


DATED: _____                    _____
                                             THOMAS S. KLEEH
                                             UNITED STATES DISTRICT JUDGE