IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG DIVISION

| | |
|---|---|
| STEVEN BROWN, et al., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:22-cv-00080 |
| THE BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, et al., | ) ) ) |
| Defendants. | ) ) |

## ORDER

**AND NOW**, this 5th day of January, 2023, upon consideration of Defendants' Motion for Extension of Time to File Reply to Plaintiffs' Response to Defendants' Motion to Dismiss, it is hereby **GRANTED**. Defendants' reply to Plaintiffs' Response to Defendants' Motion to Dismiss shall be filed on or before January 24, 2023.

DATED: January 5, 2023

THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA