IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG DIVISION

| | |
|---|---|
| STEVEN BROWN, et al., | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  Civil Action No. 1:22-cv-00080 |
| THE BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, et al., | ) ) ) |
| Defendants. | ) ) |

**<u>JOINT REPORT OF INITIAL PLANNING MEETING</u>**

Pursuant to the First Order and Notice Regarding Discovery and Scheduling Conference [Doc. 15], the parties have conferred and agree that the issues before the Court are purely legal. As such, no discovery or scheduling order is required.

Dated: January 5, 2023            Respectfully submitted,

WILLIAM IHLENFELD
UNITED STATES ATTORNEY

By:   /s/ *Maximillian F. Nogay*
Maximillian F. Nogay
W. Va. Bar # 13445
United States Attorney's Office
P.O. Box. 591
1125 Chapline Street, Suite 3000
Wheeling, WV 26003
(304) 234-0100 (office)
(304) 234-0110 (facsimile)
Max.Nogay@usdoj.gov

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LESLEY FARBY
Assistant Branch Director

1

MICHAEL P. CLENDENEN
(D.C. Bar No. 1660091)
Trial Attorney
DANIEL RIESS
Senior Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel: (202) 305-0693
Fax: (202) 616-8460
michael.p.clendenen@usdoj.gov

*Attorneys for Defendants*

*/s/ John H. Bryan*
John H. Bryan
(WV Bar No. 10259)
JOHN H. BRYAN,
ATTORNEY AT LAW
411 Main Street P.O. Box 366
Union, WV 24983
(304) 772-4999
Fax: (304) 772-4998
jhb@johnbryanlaw.com

*/s/ Adam Kraut*
Adam Kraut
KRAUT AND KRAUT
P.O. Box 101
Westtown, PA 19395
(610) 696-8200
Adam@Krautlaw.com
Admitted Pro Hac Vice

*Counsel for Plaintiffs*

2