# EXHIBIT D

**STATES REQUIRING PARENTAL CONSENT FOR
INDIVIDUALS UNDER 21 TO SERVE IN THE MILITIA**

| State and Date of Enactment | Relevant Statutory Text | Source |
|---|---|---|
| Michigan (1863) | The active militia shall be composed of volunteers between the ages of eighteen and forty-five years, and shall be known as State troops, and in case of war, rebellion, invasion, the prevention of invasion, the suppression of riots, to aid civil officers in the execution of the laws of this State, shall first be ordered into service. Minors over the age of eighteen years may be admitted into any company of State troops, with the consent, in writing of their parents or guardians, or, if they have none, with the consent, in writing of a justice of the peace of the township or city in which they reside. | An Act for the reorganization of the military forces of the State of Michigan, tit. VII, ch. XVIII, § 6, *in* JAMES S. DEWEY, ED., 1 THE COMPILED LAWS OF THE STATE OF MICHIGAN 317, 320 (1872). |
| Missouri (1835) | No person under the age of twenty-one years, shall hereafter enlist in or join any uniform troop or company, without the consent in writing, of his parent or guardian, master or mistress. | An Act to organise, govern, and discipline the Militia, art. IV, § 22, *in* 2 LAWS OF A PUBLIC AND GENERAL NATURE OF THE STATE OF MISSOURI 512, 521 (1842). |
| New York (1818) | *And be it further enacted*, That no person under the age of twenty-one years, shall hereafter enlist in or join any company of cavalry, artillery or flying artillery, without the consent in writing of his parent or guardian. | An Act to organize the Militia, ch. CCXXII, § XXXIII, 1818 N.Y. LAWS 210, 225. |