IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG DIVISION

| | |
|---|---|
| STEVEN BROWN, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 1:22-cv-00080 |
| THE BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, et al., | ) ) ) ) |
| Defendants. | ) ) ) |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF); Steven Dettelbach, in his official capacity as the Director of ATF; and Merrick Garland, in his official capacity as Attorney General of the United States, respectfully request that the Court take notice of the attached Opinion issued in *National Rifle Association v. Bondi*, No. 21-12314 (11th Cir. Mar. 9, 2023). Plaintiffs in this case raised a Second Amendment challenge to Florida's law prohibiting individuals under the age of 21 from purchasing, but not possessing, firearms. *See* Opinion, ECF No. 65-1, at 4. The Eleventh Circuit canvassed the historical evidence on age-based restrictions related to firearms and concluded that Florida's law was "consistent with our Nation's historical tradition of firearm regulation." *Id.* at 5.

Dated:  March 9, 2023

                Respectfully submitted,

                WILLIAM IHLENFELD
                UNITED STATES ATTORNEY

By:    /s/ *Maximillian F. Nogay*
        Maximillian F. Nogay
        W. Va. Bar # 13445
        United States Attorney's Office
        P.O. Box. 591
        1125 Chapline Street, Suite 3000
        Wheeling, WV 26003
        (304) 234-0100 (office)
        (304) 234-0110 (facsimile)
        Max.Nogay@usdoj.gov


        BRIAN M. BOYNTON
        Principal Deputy Assistant Attorney General

        LESLEY FARBY
        Assistant Branch Director

        MICHAEL P. CLENDENEN
        (D.C. Bar No. 1660091)
        Trial Attorney
        DANIEL RIESS
        Senior Counsel
        U.S. Department of Justice
        Civil Division, Federal Programs Branch
        1100 L Street, NW
        Washington, D.C. 20005
        Tel: (202) 305-0693
        Fax: (202) 616-8460
        michael.p.clendenen@usdoj.gov

        *Attorneys for Defendants*