# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

| | |
|---|---|
| Steven Robert Brown, et al | |
| *Plaintiff(s)* | |
| v. | Civil Action No. 1:22-cv-80 |
| Bureau of Alcohol, Tobacco and Firearms, et al | |
| *Defendant(s)* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award   ☐ Judgment costs   ☒ Other

other: The Court DENIES Defendant's Motion to Dismiss and GRANTS Plaintiffs' Motion for Summary Judgment. The Court DIRECTS entry of a final judgment in favor of Plaintiffs.

This action was:

☐ tried by jury   ☐ tried by judge   ☒ decided by judge

decided by Judge   Thomas S. Kleeh

Date: December 1, 2023

*CLERK OF COURT*
Cheryl Dean Riley
S. Cole

*Signature of Clerk or Deputy Clerk*