IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG DIVISION

| | |
|---|---|
| STEVEN BROWN, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE BUREAU OF ALCOHOL, TOBACCO, )<br>FIREARMS, AND EXPLOSIVES, et al., )<br>)<br>Defendants. )<br>_____) | Civil Action No. 1:22-cv-00080 |

## NOTICE OF APPEAL

Notice is hereby given that Defendants Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF); Steven Dettelbach, in his official capacity as Acting Director of ATF; and Merrick Garland, in his official capacity as Attorney General of the United States, appeal to the U.S. Court of Appeals for the Fourth Circuit from this Court's Judgment (Docket No. 41), as amended (Docket No. 45), and from all orders and opinions merged into the judgment, including but not limited to Docket No. 40.

Dated:  December 8, 2023

                                        Respectfully submitted,

                                        WILLIAM IHLENFELD
                                        UNITED STATES ATTORNEY

                      By:    /s/ *Maximillian F. Nogay*
                                        Maximillian F. Nogay
                                        W. Va. Bar # 13445
                                        United States Attorney's Office

P.O. Box. 591
1125 Chapline Street, Suite 3000
Wheeling, WV 26003
(304) 234-0100 (office)
(304) 234-0110 (facsimile)
Max.Nogay@usdoj.gov


BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LESLEY FARBY
Assistant Branch Director

MICHAEL P. CLENDENEN
(D.C. Bar No. 1660091)
Trial Attorney
DANIEL RIESS
Senior Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel: (202) 305-0693
Fax: (202) 616-8460
michael.p.clendenen@usdoj.gov

*Attorneys for Defendants*