# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| **STEVEN BROWN,** *et al.*, | : |
| Plaintiffs, | : Case No.: |
| | : 1:22-cv-00080-TSK |
| v. | : |
| **THE BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,** *et al.*, | : |
| Defendants. | : |

## O R D E R

NOW, this ____ day of _____, 2023, upon consideration of the parties' Joint Motion to Stay Request for Attorney Fees and Costs, **IT IS HEREBY ORDERED** that the motion is **GRANTED**. The requirement of Plaintiffs to file a request for attorney fees and costs as to Plaintiffs Steven Brown, Benjamin Weekley, and Virginia Citizens Defense League shall be stayed until 135 days after a final decision on the appeal is reached and the appropriate mandate has issued. In the event the parties are unable to amicably resolve Plaintiffs' request for attorney fees and cost, following the expiration of the 135-day period, Plaintiffs shall file a request for attorney fees and costs with respect to his claims. In that event, the Plaintiffs preserve all issues related to attorney fees and costs so that they may be presented to the Court for adjudication.

BY THE COURT:

_____
Thomas S. Kleeh, U.S.D.J.