```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**STEVEN ROBERT BROWN,**
**BENJAMIN WEEKLEY,**
**SECOND AMENDMENT FOUNDATION, and**
**WEST VIRGINIA CITIZENS DEFENSE**
**LEAGUE,**

      **Plaintiffs,**

  **v.**                              **CIVIL ACTION NO. 1:22-CV-80**
                                               **(Chief Judge Kleeh)**

**BUREAU OF ALCOHOL, TOBACCO,**
**FIREARMS AND EXPLOSIVES,**
**MERRICK GARLAND, U.S. Attorney General,**
**in his official capacity, and**
**STEVEN DETTELBACH, Director**
**of the ATF, in his official capacity,**

      **Defendants.**

**ORDER FOLLOWING APPEAL AND DISMISSING CASE**

On June 18, 2025, the United States Court of Appeals for the Fourth Circuit reversed this Court's prior decision [ECF No. 40] and remanded the case with directions for this Court to dismiss the case pursuant to McCoy v. Bureau of Alcohol, Tobacco, Firearms & Explosives, 140 F.4th 568, 580 (4th Cir. 2025). ECF No. 56. The Fourth Circuit entered its formal mandate, and the judgment took effect on August 11, 2025. ECF No. 59.

The petition for a writ of certiorari was filed on July 31, 2025, and placed on the Supreme Court of the United States' docket on August 4, 2025. ECF No. 58. Neither party filed a motion to

stay the mandate pending the petition for certiorari, in accord with Rule 41 of the Federal Rules of Appellate Procedure.

Accordingly, this Court's *Memorandum Opinion and Order* [ECF No. 40] is **VACATED**. This case is **DISMISSED** per the Fourth Circuit's instructions and **STRICKEN** from the Court's active docket.

It is so **ORDERED**.

The Clerk is **DIRECTED** to transmit copies of this Order to counsel of record.

DATED: December 3, 2025

*/s/ Tom S Kleeh*
_____
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA